# In The United States Court of Federal Claims

## Cover Sheet

06-49 C

Plaintiff(s) or Petitioner(s)
A.A.B Joint Venture

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Brian Cohen

Firm Name: Bell, Boyd & Lloyd PLLC

Post Office Box:

Street Address: 1615 L Street, NW, Suite 1200

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: 202-955-6836 - 202 835-4117

E-mail address: bcohen@bellboyd.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.
N/A

Government Agency Involved: A R M

See attached Sheet for three digit code.

Amount Claimed: $

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003