IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-49C<br>(Chief Judge Damich) |

DEFENDANT'S ANSWER

For its answer to plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Admits.

3. The allegations contained in paragraph 3 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

4. Admits the allegations contained in the first and second sentences of paragraph 4 to the extent supported by the solicitation and contract cited, which are the best evidence of their contents; otherwise, denies the allegations contained in the first and second sentence of paragraph 4. Denies the allegations contained in the third sentence of paragraph 4. Admits the remainder of the allegations contained in paragraph 4 to the extent supported by the Accords and Letter cited, which are the best evidence of their contents; otherwise, denies the remainder of the allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent supported by the solicitation and contract cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 5.

6. Admits.

7. Admits.

8. Admits the allegations in the first sentence of paragraph 8. Denies the remainder of the allegations contained in paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. The allegations in paragraph 9 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

10. Admits the allegations contained in paragraph 10 to the extent supported by the contract and Notice to Proceed cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 10.

11. Admits the allegations contained in the first sentence of paragraph 11 to the extent supported by the contract and modifications cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 11. Denies the allegations contained in the second sentence of paragraph 11, except to admit that the JV made a number of requests for additional time extensions in connection with matters alleged in the referenced related cases, that these requests were not granted, and that the modification referenced in paragraph 23 of the complaint was issued.

12. Admits the allegations contained in paragraph 12 to the extent supported by the contract provision cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 12.

13. Admits the allegations contained in paragraph 13 to the extent supported by the notice cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 13.

14. Admits the allegations contained in paragraph 14 to the extent supported by the letter and certified claim cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 14.

15. Admits the allegations contained in paragraph 15 to the extent supported by the notice cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the certified claim cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent supported by the notice cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 17.

18. Admits the allegations contained in paragraph 18 to the extent supported by the certified claim cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19 to the extent supported by the pay estimates and certified claims cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 19.

20. Admits the allegations contained in the first sentence of paragraph 20 to the extent supported by the contracting officer's decision cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 20. The allegations contained in the second sentence of paragraph 20 are plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

21. Admits the allegations contained in paragraph 21 to the extent supported by the certified claims and letter cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 21.

22. The allegations in paragraph 22 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

23. Admits the allegations contained in paragraph 23 to the extent supported by the modification cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 23.

24. Admits.

25. The allegations in paragraph 25 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

26. The allegations in paragraph 26 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

27. Denies.

28. The allegations in paragraph 28 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

29. Denies that plaintiff is entitled to any of the relief requested in the prayer for relief, or to any relief whatsoever.

30. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed electronically**
OF COUNSEL:

PAUL CHEVERIE
Command Counsel
BRETT R. HOWARD
Assistant Command Counsel
Europe District
U.S. Army Corps of Engineers

March 20, 2006