# In the United States Court of Federal Claims

No. 06-49 C

(Filed: April 12, 2006)

| | |
|---|---|
| *********************************** | |
| **A.A.B JOINT VENTURE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On February 14, 2006, Defendant filed a Motion to Consolidate in this case, requesting the Court to consolidate *A.A.B Joint Venture v. United States* (No. 04-1719 C), *A.A.B Joint Venture v. United States* (No. 05-114 C), *A.A.B Joint Venture v. United States* (No. 05-1172 C), and *A.A.B Joint Venture v. United States* (No. 06-49 C). Defendant's motion is hereby GRANTED.

The Joint Preliminary Status Report due in this case on May 11, 2005, is canceled.

The Court DIRECTS the Clerk of the Court to consolidate this case with *A.A.B Joint Venture v. United States* (No. 04-1719 C), *A.A.B Joint Venture v. United States* (No. 05-114 C), and *A.A.B Joint Venture v. United States* (No. 05-1172 C). All future filings shall be made in *A.A.B Joint Venture v. United States* (No. 04-1719 C).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge